PEOPLE v. OLESKY

Appeal from Recorder's Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 January 13, 1970, at Detroit. (Docket No. 7,323.) Decided January 29, 1970.

John Olesky was found guilty of breaking and entering and damaging a safe. Defendant appeals. Reversed and remanded for a new trial.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J Torina,* Chief Appellate Lawyer, and *William B. McIntyre, Jr.,* Assistant Prosecuting Attorney, for the people.

*James Soltesz* and *Kenneth A. Webb,* for defendant on appeal.

Before: Danhof, P. J., and Fitzgerald and McGregor, JJ.

Per Curiam. Defendant, along with Patrick McAllister, was found guilty of breaking and entering, MCLA § 750.110 (Stat Ann 1969 Cum Supp § 28.305), and damaging a safe, pursuant to CL 1948, § 750.531 (Stat Ann 1954 Rev § 28.799).

Upon discovery of new evidence, McAllister's conviction was reversed and remanded for a new

trial.  See *People* v. *McAllister* (1969), 16 Mich App 217.  Defendant Olesky was granted a delayed appeal after submitting some newly-discovered evidence.  We have examined the new evidence and hold that it falls within the purview of *People* v. *Keiswetter* (1967), 7 Mich App 334, 343, 344; and *People* v. *McAllister* (1969), 16 Mich App 217, 218.

Reversed and remanded for a new trial.